# EXHIBIT A

## Special Civil Part Case Summary

**Case Number:** UNN SC-000557-25

**Case Caption:** Johnson Vs Maximus Education Ll C

| | | |
|---|---|---|
| **Court:** Special Civil Part | **Venue:** Union | **Case Initiation Date:** 08/07/2025 |
| **Case Type:** Contract-Small Claim | **Case Status:** Active | **Demand Amount:** $ 5000 |
| **Case Track:** | **Judge:** | **Jury Demand:** None |
| **Case Disposition:** Open | **Disposition Date:** | **Age:** 0 YR 00 MO 20 DY |
| **Statewide Lien:** | | |

### Plaintiffs
**David Johnson**

| | | |
|---|---|---|
| **Party Description:** Individual | **Phone:** (908) 324-9983 | |
| **Address Line 1:** 536 Paul Street | | |
| **Address Line 2:** | | |
| **City:** Hillside | **State:** NJ | **Zip:** 07205 |
| **Attorney Name:** | | **Attorney Bar ID:** |
| **Attorney Email:** | | |

### Defendants
**Maximus Education Llc**

| | | |
|---|---|---|
| **Party Description:** Business | **Phone:** | |
| **Address Line 1:** Csc 211 E. 7Th St Ste 620 | | |
| **Address Line 2:** | | |
| **City:** Austin | **State:** TX | **Zip:** 78701 |
| **Attorney Name:** | | **Attorney Bar ID:** |
| **Attorney Email:** | | |

### Case Proceeding

| Proceeding Date | Actual Time | Court Room | Judge Name | Proceeding Description | Motion Type | Proceeding Status | Motion Status |
|---|---|---|---|---|---|---|---|
| 09/11/2025 | 08:30 | 3A | DANIEL ROBERTS | TRIAL | | PENDING | |

### ACMS Documents

| Filed Date | Doc Number | Document Type | Filing Party | Doc Status | CO ID | Type | Date Served | Service Status | Party Served |
|---|---|---|---|---|---|---|---|---|---|
| 08/07/2025 | 001 | COMPLAINT-MAIL | JOHNSON | | 030 | 03 | 08/13/2025 | RS | MAXIMUS EDUCATION LLC |

### Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 08/07/2025 | Complaint for UNN SC 000557-25 submitted by DAVID JOHNSON on behalf of DAVID JOHNSON against MAXIMUS EDUCATION LL C | SCP20253351669 | 08/11/2025 |
| 08/11/2025 | Proceedings Document for UNN SC 000557-25 submitted by STAFF on behalf of DAVID JOHNSON against MAXIMUS EDUCATION LL C | SCP20253351681 | 08/11/2025 |
| 08/12/2025 | Sum Srvd Trial Sch Notice submitted by Case Management | SCP20253358558 | 08/12/2025 |

## Small Claims Summons and Return of Service – Page 2

**Plaintiff or Plaintiff's Attorney Information:**

Name: David Johnson

NJ Attorney ID Number: _____

Address: 536 Paul Street

Hillside, NJ 07205

Email Address: 973davidjohnson@gmail.com

Telephone Number: (908) 324-9983    ext. ____

David Johnson

Plaintiff(s)

v.

Maximus Education, LLC

Defendant(s)

**Defendant Information:**

Name: Maximus Education, LLC

Address: Agent: CSC 211 E. 7TH ST, STE 620

Austin, TX 78701

Email Address: ____

Telephone Number: ____ ext. ____

Superior Court of New Jersey
Law Division, Special Civil Part

**RECEIVED AUG 04 2025 SUPERIOR COURT UNION COUNTY SPECIAL CIVIL PART**

Union County

2 Broad Street

Elizabeth, New Jersey 07207

ext. ____

Docket Number: SC 557 - 25

(to be provided by the court)

**Civil Action**

**Summons**

Check One: ■ Contract   ☐ Tort

Demand Amount   $   5,000.00
Filing Fee       $ ____
Service Fee      $ ____
Attorney's Fees  $ ____
TOTAL            $   5,000.00

You must attend the trial on this date 09/11 and time 8:30 ☑ a.m./☐ p.m. or the court may rule against you.

Report to: 2 Broad St Elizabeth NJ 07201 Courtroom 3A

### Return of Service (For Court Use Only)

Date Served: _____

### Return of Service if Served by Court Officer

Docket Number ____

Date: _____ Time: _____ WM ☐ WF ☐ BM ☐ BF ☐ Other _____

Ht ____ Wt ____ Age ____ Hair _____ Mustache ☐ Beard ☐ Glasses ☐

Name: _____ Relationship: _____

Description of Premises

I hereby certify the above to be true and accurate:

_____
Special Civil Part Officer

Revised Effective 07/01/2022, CN 10148
Revised 07/01/2022, CN 10534 (Appendix XI-A (2))

BATCH # 722   DATE FILED 8-7-25
MO/CHECK/CASH/RECEIPT# 5740   AMT 42.00 CK
OVP ____   41 CA   3.00 CA

page 13 of 13

## Small Claims Summons and Return of Service



### The Superior Court of New Jersey
### Law Division, Special Civil Part
## Small Claims Summons

### YOU ARE BEING SUED!
**IF YOU WANT THE COURT TO HEAR YOUR SIDE OF THIS CASE, YOU MUST APPEAR IN COURT. IF YOU DO NOT, THE COURT MAY RULE AGAINST YOU. READ ALL OF THIS PAGE AND THE NEXT PAGE FOR DETAILS.**

In the attached complaint, the person suing you (who is called *the plaintiff*) briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. **You are cautioned that if you do not come to court on the trial date to answer the complaint, you may lose the case automatically,** and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment and the judgment is valid for 20 years.

**You can do one or more of the following things:**

1. *Come to court to answer the complaint.* You do not have to file a written answer, but if you dispute the complaint and want the court to hear your side of the case, you must appear in court on the date and at the time noted on the next page.

### AND/OR

2. *Resolve the dispute.* You may wish to contact the plaintiff's lawyer, or the plaintiff if the plaintiff does not have a lawyer, to resolve this dispute. **You do not have to do this unless you want to.** This may avoid the entry of a judgment and the plaintiff may agree to accept payment arrangements, which is something that cannot be forced by the court. You will have to appear in court on the trial date unless a written agreement is reached and filed with the court.

### AND/OR

3. *Get a lawyer.* If you cannot afford to pay for a lawyer, free legal advice may be available by contacting Legal Services at _____. If you can afford to pay a lawyer but do not know one, you may call the Lawyer Referral Services of your local county Bar Association at_____.

If you need an interpreter or an accommodation for a disability, you must notify the court immediately.

La traducción al español se encuentra al dorso de esta página.

_____
Michelle M. Smith, Esq.
Clerk of Superior Court

Revised 07/01/2022, CN 10534 (Appendix XI-A (2))
Revisado en 01 de julio de 2022, CN 10534-Spanish (Appendix XI-A (2))

### Notificación de Demanda en Reclamación de Menor Cuantía y Constancia de Emplazamiento



**El Tribunal Superior de Nueva Jersey**
**División de Derecho, Parte Civil Especial**
**Notificación de Demanda Reclamación de Menor Cuantía**

### ¡LE ESTÁN DEMANDANDO!
**SI USTED QUIERE QUE EL TRIBUNAL VEA SU VERSIÓN DE ESTA CAUSA TIENE QUE COMPARECER EN EL TRIBUNAL. SI NO COMPARECE, EL TRIBUNAL PODRÍA DECIDIR EN SU CONTRA. PARA LOS DETALLES, LEA TODA ESTA PÁGINA Y LA QUE SIGUE.**

En la demanda adjunta, la persona que le está haciendo juicio (que se llama *el demandante*) da al juez su versión breve de los hechos del caso y la suma de dinero que alega que usted le debe. **Se le advierte que si usted no viene al tribunal en la fecha del juicio para contestar la demanda, es posible que pierda la causa automáticamente** y el tribunal puede dar al demandante lo que pide más intereses y costas judiciales. Si se asienta una decisión en contra de usted, un Oficial de la Parte Civil Especial (Special Civil Part Officer) puede embargar su dinero, salario o bienes muebles para pagar toda la adjudicación o parte de ella, y la adjudicación permanece vigente durante 20 años.

**Usted puede escoger entre las siguientes cosas y optar por una o más de una:**

1. *Venir al tribunal para contestar la demanda.* No hace falta que presente una contestación por escrito, pero si usted disputa la demanda y quiere que el juez vea su versión de la causa, tiene que comparecer en el tribunal en la fecha y a la hora indicadas en la página que sigue.

### ADEMÁS, O EN VEZ DE ELLO, USTED PUEDE

2. *Resolver la disputa.* Usted posiblemente quiera comunicarse con el abogado del demandante, o con el demandante mismo, si el demandante no tiene abogado, para resolver esta disputa. **No está obligado a hacerlo si no quiere.** Una resolución puede evitar que se asiente una adjudicación en su contra y el demandante podría estar de acuerdo con aceptar un convenio para que se le hagan los pagos -- lo cual es algo que el juez no puede imponer. Tendrá que comparecer en el tribunal en la fecha del juicio a menos que se llegue a un acuerdo por escrito que se registra en el tribunal.

### ADEMÁS, O EN VEZ DE ELLO, USTED PUEDE

3. *Conseguir un abogado.* Si usted no tiene dinero para pagar a un abogado, es posible que pueda recibir consejos legales gratuitos si se comunica con la oficina de Servicios Legales (Legal Services) al _____ ext. _____. Si tiene dinero para pagar un abogado, pero no conoce ninguno, puede llamar a Servicios de Recomendación de Abogados (Lawyer Referral

Revised 07/01/2022, CN 10534 (Appendix XI-A (2))
Revisado en 01 de julio de 2022, CN 10534-Spanish (Appendix XI-A (2))

Michelle M. Smith, Esq.
Clerk of Superior Court

page 2
página 2

Case 2:25-cv-14992-EP-CF    Document 1-1    Filed 08/28/25    Page 6 of 11 PageID: 10

Save    Print    Clear

## Small Claims Complaint (Contract, Security Deposit, Rent, or Tort)

**NOTICE:** This is a public document, which means the document as submitted will be available to the public upon request. Therefore, do not enter personal identifiers on it, such as Social Security number, driver's license number, vehicle plate number, insurance policy number, active financial account number, active credit card number or military status.

### Plaintiff or Filing Attorney Information

Name  David Johnson
NJ Attorney ID Number _____
Address  536 Paul Street
         Hillside, NJ 07205
Email Address  973davidjohnson@gmail.com
Telephone Number  (908) 324-9983  ext. _____

### From Plaintiff

Name  David Johnson
Address  536 Paul Street
         Hillside, NJ 07205
Email Address  973davidjohnson@gmail.com
Telephone Number  (908) 324-9983  ext. _____

**Superior Court of New Jersey**
**Law Division, Special Civil Part**
**Small Claims Section**
Union _____ County
Docket Number  SC 557-25
(to be provided by the court)

Civil Action
## Complaint

### To Defendant

Name  Maximus Education, LLC
Address  Agent: CSC 211 E. 7TH ST, STE 620
         Austin, TX 78701
Email Address _____
Telephone Number _____ ext. _____

Check One:
■ **Contract**
☐ **Security Deposit**
☐ **Rent**
☐ **Personal Injury or Property Damage**
(other than motor vehicle)

Demand: $ 5,000.00 _____ plus costs. Type or print the reasons you, the Plaintiff(s), are suing the Defendant(s): Attach additional sheets if necessary.

David Johnson is addressing the filing of false and defamatory statements and is pursuing legal action for defamation of character arising from inaccurate information reported to credit bureaus. Each instance of such reporting constitutes a distinct violation of the Fair Credit Reporting Act (FCRA).

## Small Claims Complaint (Contract, Security Deposit, Rent, or Tort)

**IMPORTANT**: Plaintiffs and defendants must bring all witnesses, photos, and documents, and other evidence to the hearing. Subpoena forms are available at the Clerk's office to require the attendance of witnesses.

The Judiciary will provide reasonable accommodations to enable individuals with disabilities to access and participate in court events. Please contact the local ADA coordinator to request an accommodation. Contact information is available at njcourts.gov.

The New Jersey Judiciary provides court-interpreting services. If you need an interpreter, notify the court as soon as possible. Contact information is available at njcourts.gov.

I certify that the matter in controversy is not the subject of any other court action or arbitration proceeding, now pending or contemplated, and that no other parties should be joined in this action.

I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

6/10/2025
Date

s/ [signature]
Plaintiff's Signature

David Johnson
Plaintiff's Name Typed, or Printed



# SUPERIOR COURT OF NEW JERSEY – UNION COUNTY
# SPECIAL CIVIL PART – SMALL CLAIMS

**RE: JOHNSON VS MAXIMUS EDUCATION LLC**
**DOCKET NUMBER: UNN SC 557-25**

A trial has been scheduled in this case to take place on 09/11/25 at 8:30AM before the Honorable Daniel Roberts, J.S.C at the Union County Courthouse, 2 Broad Street, Courtroom 3A, Elizabeth, New Jersey 07207.

You are receiving this notice because a trial has been scheduled in your case referenced above. If you have any questions or issues regarding your trial, please email UNNLT.Mailbox@njcourts.gov or call the Special Civil Part Office at (908)787-1650, extension 22160.

If you need an interpreter or an accommodation for a disability, you must notify the court immediately: (908)787-1650, extension 22160.

Si necesita un intérprete o algún arreglo por una discapacidad, tiene que notificárselo inmediatamente al tribunal: (908)787-1650, extension 22160.

**If you need to request an adjournment (postponement) or permission to attend virtually, please contact the court at least 5 days before your trial date. All requests are subject to court approval, and you will be notified whether your request is approved.**

**\*\*IMPORTANT\*\***

**Failure to appear for trial may result in the case being dismissed (if the plaintiff fails to appear) or in the entry of default (if the defendant fails to appear).**

Prior to trial you will have the opportunity to resolve your case though a small claims settlement program with a trained settlor.  You do not have to settle your case.  You have the right to a trial.

Please visit [Small Claims Court | NJ Courts](#) for general information on Small Claims actions.

Thank you for your attention to this matter.

**UNION SPECIAL CIVIL PART**
**SPECIAL CIVIL PART**
**2 BROAD STREET**
**ELIZABETH NJ 07207**
**TELEPHONE: (908) 787-1650**

**DAVID JOHNSON**

**536 PAUL STREET**

**HILLSIDE NJ 07205**

AUGUST 11, 2025

CV0220
CASE NUMBER:   UNN SC-000557-25
JOHNSON
       VS
MAXIMUS EDUCATION LL C

**A SUMMONS WAS ISSUED 08-13-25 AND A NON-JURY TRIAL HAS BEEN**
**SCHEDULED FOR THIS CASE ON 09-11-2025  AT 08:30 AM.**

**PLEASE REPORT TO:**
**JUDGE DANIEL    ROBERTS**
**COURT ROOM 3A**